WILLIAM J. SCHROEDER, WSBA NO. 7942
GREGORY C. HESLER, WSBA NO. 34217
PAINE HAMBLEN LLP
717 West Sprague Avenue, Suite 1200
Spokane, Washington 99201-3505
Telephone: (509) 455-6000
Facsimile: (509) 838-0007
william.schroeder@painehamblen.com
greg.hesler@painehamblen.com

The Honorable Edward F. Shea

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON AT SPOKANE

| | |
|---|---|
| STEPHEN MILLER, <br><br> Plaintiff, <br><br> vs. <br><br> KETTLE FALLS INTERNATIONAL RAILWAY, LLC, a Colorado corporation, <br><br> Defendant. | No. CV 08-377-EFS <br><br> ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE <br><br> [~~Proposed~~] |

ON HEARING the Parties' Stipulated Motion for Dismissal With Prejudice, and the Court being fully advised in the premises, it is

HEREBY ORDERED that the above-entitled action is dismissed, with prejudice, and without costs or attorney's fees to any Party.

DATED this 19th day of October, 2010.

                                       s/ Edward F. Shea
                                The Honorable Edward F. Shea

PRESENTED BY:

PAINE HAMBLEN LLP

By: /s/ WILLIAM J. SCHROEDER
    William J. Schroeder, WSBA No. 7942
    Gregory C. Hesler, WSBA No. 34217
    717 West Sprague Avenue, Suite 1200
    Spokane, Washington 99201-3505
    Telephone: 509-455-6000
    Facsimile: 509-838-0007
    william.schroeder@painehamblen.com
    greg.hesler@painehamblen.com
    Attorneys for Defendant Kettle Falls
    International Railway, LLC

PRESENTMENT WAIVED BY:

MOYERS LAW P.C.

By: /s/ JON M. MOYERS
    Jon M. Moyers, WSBA No. 35203
    550 N 31st Street, Suite 250
    Billings, Montana 59101
    Telephone: 406-655-4900
    Facsimile: 406-655-4905
    jon@jmoyerslaw.com
    Attorney for Plaintiff

ORDER GRANTING STIPULATED MOTION
FOR DISMISSAL WITH PREJUDICE - 2

*PAINE HAMBLEN LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201-3505 PHONE (509) 455-6000